# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, New York 10017-5639   Tel: (212) 490-3000   Fax: (212) 490-3038

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago • White Plains, NY*
*Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • McLean, VA • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com

February 26, 2009

**BY ECF AND FACSIMILE DELIVERY**

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

SO ORDERED.

*Cheryl Pollak*

U.S. Magistrate Judge

Attention:   The Honorable Nina Gershon
             United States District Judge

Re:  **Nadine Levick v. Maimonides Medical Center**
     **Docket No.    :    08 CV 3814 (NG) (CLP)**
     **Our File No.  :    08982.00009**

Dear Judge Gershon:

We represent Maimonides Medical Center relative to the captioned matter. I write further to my conversation with Victor Joe, Case Manager. Plaintiff's counsel has graciously consented to my letter request of February 23, 2009, in which I requested a short extension of time to complete an answer in the referenced matter until March 8, 2009. Given plaintiff's counsel's consent, Mr. Joe advised that he does not anticipate there being a problem with the request.

Thank you for your consideration of this submission.

Very truly yours,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Shivani Soni

cc:  The Honorable Cheryl L. Pollak (via facsimile delivery and ECF notification)
     United States District Court Magistrate Judge
     United States District Court
     Eastern District of New York
     225 Cadman Plaza East
     Brooklyn, New York 11201

3513277.1

David M. Fish (via facsimile delivery and ECF notification)
David M. Fish, Attorney at Law
Attorney for Plaintiff
500 Fifth Avenue
Suite 5100
New York, New York 10110